COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Juan Enriquez v. Ahmed A. Morsy, M.D.

Appellate case number:   01-22-00622-CV

Trial court case number: 18-CV-0884

Trial court:             10th District Court of Galveston County

Appellant, Juan Enriquez, has filed an appeal of the trial court's July 28, 2022 order sealing certain records. Appellee, Ahmed A. Morsy, M.D., has filed a motion to dismiss the appeal for lack of jurisdiction, asserting that because the order is an "incidental ruling" and not a final judgment, this Court lacks jurisdiction over the appeal.

Texas Rule of Civil Procedure 76a governs the sealing of trial court records. It states in part:

> **Appeal.** Any order (or portion of an order or judgment) relating to sealing or unsealing court records shall be deemed to be severed from the case and a final judgment which may be appealed by any party or intervenor who participated in the hearing preceding issuance of such order.

TEX. R. CIV. P. 76a(8).[1] Accordingly, the July 28, 2022 order sealing the records is immediately appealable. *See Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 n.13 (Tex. 1992) ("This court has, however, deemed orders relating to sealing or unsealing court records to be final, appealable judgments."); *Stacey v. Shadd*, No. 03-20-00126-CV, 2020 WL 7640041, at \*4 (Tex. App.—Austin Dec. 23, 2020, no pet.) (mem. op.) (Rule 76a's "language provides appellate jurisdiction over the disputed order" that related to sealing records); *Kallergis v. Brupbacher*, No. 14-19-00470-CV, 2021 WL 506081, at \*2 (Tex. App.—Houston [14th Dist.] Feb. 11, 2021, no pet. h.) (Rule 76a(8) authorizes such an [interlocutory] appeal.").

Appellee's motion to dismiss is **denied.**

It is so ORDERED.

---

[1] The reporter's record indicates appellant participated in the July 15, 2022 hearing on the sealing of the records.

Judge's signature: _____/s/ Julie Countiss_____
                                        Acting individually


Date:  October 6, 2022